## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>FRANCISCO ALVARADO SANTOS,<br><br>            Defendant. | **4:13-CR-3078**<br><br>**ORDER** |

IT IS ORDERED that:

1.  The plaintiff's unopposed Motion to Continue Sentencing (filing 55) is granted.

2.  Defendant Francisco Alvarado Santos' sentencing is continued to April 8, 2015, at 9:30 a.m., before the undersigned United States District Judge, in Courtroom No. 1, Robert V. Denney United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present at the hearing.

Dated this 19th day of March, 2015.

BY THE COURT:

John M. Gerrard
United States District Judge